UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATONYA R. FINLEY,<br>　　　　Plaintiff.<br>　　v.<br>ONEBEACON INSURANCE,<br>　　　　Defendant. | Case No. 19-cv-08158-SK<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND MOTION FOR PERMISSION FOR ELECTRONIC FILING**<br><br>Regarding Docket. Nos. 5, 6 |

　　　　Plaintiff has filed an Application to Proceed *In Forma Pauperis*. Having considered the application and complaint, the Court hereby **GRANTS** Plaintiff's application. The Clerk of Court shall issue the summons. Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant.

　　　　The Court FURTHER GRANTS Plaintiff's motion for permission for electronic filing.

　　　　**IT IS SO ORDERED.**

Dated: January 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Sallie Kim*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge